IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N F O R M A T I O N** |
| v. | Case No. _____ |
| RUBEN ANTHONY NAVARRO | Violation:  18 U.S.C. §§ 922(g)(1), 924(a)(8), and 2 |

**Possession of a Firearm by a Convicted Felon**

The United States Attorney Charges:

On or between August 1, and December 30, 2025, in the District of North Dakota,

RUBEN ANTHONY NAVARRO,

knowing that he had previously been convicted in any court of a crime punishable by

imprisonment for a term exceeding one year, to wit:

Conspiracy to Distribute Methamphetamine, a Class A felony, in violation of
21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 841(b)(1)(A)(viii), and 846, and
18 U.S.C. § 2, in United States District Court for the District of North Dakota,
Case Number 1:20-cr-76, judgment entered June 8, 2021,

did knowingly possess in and affecting commerce a firearm, that is, a SIG Sauer, model

P320, 9mm pistol, bearing serial number 58H306104,

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

## FORFEITURE NOTICE

Upon conviction of the offense alleged in this Information,

RUBEN ANTHONY NAVARRO

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, a SIG Sauer, model P320, 9mm pistol, bearing serial number 58H306104.

NICHOLAS W. CHASE
United States Attorney

JTR/ak